CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Katerine Consuelo Vasquez**; DOB: 2000; El Salvador<br>**Fermin De Jesus Silveira-Soqui**; DOB: 1990; Mexico | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>26-6517MJ |

Complaint for violation of 8 U.S.C. §§ 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(I) and 1324(a)(1)(B)(i), and 1326(b)(2)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION**:

**COUNT 1:** On or about July 6, 2026, in the District of Arizona, **Katerine Consuelo Vasquez** and **Fermin De Jesus Silveira-Soqui**, named herein as defendants and conspirators, did knowingly and intentionally combine, conspire, confederate, and agree with each other and other persons, known and unknown, to transport certain illegal aliens, including Gerardo Luna Marquez and Luis Mario Lopez-Zamora, and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(I), 1324(a)(1)(B)(i).**

**COUNT 2:** On or about July 6, 2026, in the District of Arizona, **Fermin De Jesus Silveira-Soqui**, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through Medford, Oregon on November 2, 2024, and without obtaining the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of **Title 8, United States Section 1326(b)(2)**, a felony.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED**:

On July 6, 2026, in the District of Arizona (Benson), at approximately 2:40 p.m., Border Patrol Agents (BPAs) responded to a call for assistance on a vehicle stop conducted by Cochise County Sheriff's Office (CCSO). CCSO stopped a silver 2011 Honda Accord bearing Arizona license plate VLA9H5 for improper lane change and suspended license plates. BPAs approached the driver, identified as **Katerine Consuelo Vasquez**, and the front passenger, identified as **Fermin De Jesus Silveira-Soqui**, and asked for their identification. **Vasquez** and **Silveira-Soqui** did not have any identification, so BPAs had them write down their information on a notepad. **Silveira-Soqui** was visibly shaking when BPAs handed him the notepad. While speaking with **Vasquez**, she claimed that she did not know the other passengers in the vehicle, which is a common tactic observed in smuggling events. An immigration inspection was performed on the rear passengers in the vehicle, identified as Gerardo Luna Marquez and Luis Mario Lopez-Zamora, and BPAs determined them to be citizens of Mexico illegally present in the United States. Record checks revealed that Gerardo Luna Marquez and Luis Mario Lopez-Zamora do not possess the proper documentation to enter, pass through, or remain in the United States legally. **Vasquez** was determined to be a citizen of El Salvador illegally present in the United States. **Silveira-Soqui** was determined to be a citizen of Mexico illegally present in the United States.

**Continued on next page.**

MATERIAL WITNESS IN RELATION TO THE CHARGE: Gerardo Luna Marquez and Luis Mario Lopez-Zamora

| Detention Requested<br><br>*Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.* | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL NAME and TITLE<br>Jeremy Sykes<br>Border Patrol Agent |
|---|---|

**Sworn by telephone** x

| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>July 7, 2026 |
|---|---|

[1] See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54

Reviewing AUSA: J. Kreamer-Hope

**Continued from front page.**

Material witness Gerardo Luna Marquez stated that he is a citizen of Mexico and that he was going to pay $8,000 to be smuggled into the United States. He crossed the border with two other individuals including a guide, later identified as **Fermin De Jesus Silveira-Soqui**. **Silveira-Soqui** guided the group the entire time and was using a phone. The group was wearing camouflage clothing until **Silveira-Soqui** told them to remove it. The group walked for two days until they reached a pre-determined location. Soon after they arrived at the location, a four-door gray sedan being driven by a dark-skinned female arrived. **Silveira-Soqui** stated that their ride had arrived and they all entered the vehicle. **Silveira-Soqui** sat in the front passenger seat and began using his phone. The vehicle was supposed to take them to a Walmart where Marquez was going to be picked up by another vehicle and taken to a hotel. When the police were pulling them over, **Silveira-Soqui** told them to make a run for it. Marquez told the group to stay in the vehicle.

Material witness Luis Mario Lopez-Zamora stated that he is a citizen of Mexico and that he was going to pay a total of $7,000 to be smuggled into the United States. He crossed the border with four other individuals and two of the individuals stayed behind along the way. The guide, later identified as **Fermin De Jesus Silveira-Soqui**, guided the group and was constantly on his phone providing updates. The group walked for nearly two days until they reached a dirt road. A few minutes after arriving at the road, **Silveira-Soqui** began removing his camouflage clothing and putting it in his bag. Lopez-Zamora and the other individual in the group removed their camouflage clothing and placed it in their bags as well. Minutes later, **Silveira-Soqui** stated that their ride had arrived and that they needed to enter the vehicle quickly. A gray Honda sedan driven by a dark-skinned female arrived and stopped in front of them and they all entered the vehicle. **Silveira-Soqui** sat in the front passenger seat and was constantly texting on his phone and giving directions to the driver. The driver told Lopez-Zamora to sit back and not move. Lopez-Zamora stated the driver spoke perfect Spanish. Lopez-Zamora overheard the driver tell someone on the phone that she was not supposed to pick them up, but she was doing it as a favor. The group was supposed to be taken to a Walmart, but they were pulled over by police along the way. When the police pulled them over, **Silveira-Soqui** told them to make a run for it, but the other individual in the group told them not to run.

Both material witnesses were presented with lineups and both identified **Vasquez** as the vehicle's driver and **Silveira-Soqui** as the foot guide and passenger.

After waiving her *Miranda* rights, **Katerine Consuelo Vasquez** stated that she was desperate for money and her friend offered her a job picking up workers in southern Arizona. She did not know how much she was going to be paid to pick up the workers. She drove to an address in Sierra Vista, Arizona and saw three men waiting for her near the street. The three men entered her vehicle, and she began to drive back towards Phoenix. The person sitting next to **Vasquez**, later identified as **Fermin De Jesus Silveira-Soqui**, asked her if her name was Katerine and she said "yes". **Silveira-Soqui** was constantly on his phone texting and gave **Vasquez** directions to a Walmart so they could get water. **Silveira-Soqui** told **Vasquez** that she would get a new location from the "boss" once she arrived at Walmart. When they got pulled over by the police, **Silveira-Soqui** told **Vasquez** to make a run for it. **Vasquez** admitted that it dawned on her that the passengers were illegally present in the United States, but she was desperate for money, so she did not think it through.

**Fermin De Jesus Silveira-Soqui** is a citizen of Mexico. On November 2, 2024, **Silveira-Soqui** was lawfully denied admission, excluded, deported, and removed from the United States through Medford, Oregon. On July 6, 2026, BPAs found **Silveira-Soqui** in the United States at or near Benson, Arizona, without the proper immigration documents. **Silveira-Soqui** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States.